JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEJANDRO AYALA, | ) Case No. CV 15-733-DSF (SP) |
|---|---|
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| E. VALENZUELA, Warden, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 4/26/17

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE